■ In the Matter of KATHERINE S. and Others, Children Alleged to be Neglected. TRACY S., Appellant; DUTCHESS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [705 NYS2d 895] —In a neglect proceeding pursuant to Family Court Act article 10, Tracy S. appeals from an order of fact-finding and disposition (one paper) of the Family Court, Dutchess County, entered May 12, 1994, which, after a hearing, found that she had neglected her children, and, *inter alia,* placed her under the supervision of the Dutchess County Department of Social Services for a period of up to 12 months.

Ordered that the order is affirmed, without costs or disbursements.

The petitioner proved by a preponderance of the evidence that the appellant Tracy S. neglected the subject children (*see,* Family Ct Act § 1046 [b] [i]; § 1012 [f] [i]).

The appellant's remaining contentions are without merit (*see, Matter of Katherine S.,* 271 AD2d 538 [decided herewith]). O'Brien, J. P., Sullivan, Goldstein and H. Miller, JJ., concur.